### 26261. SHOOK v. SMITH.

Almand, Chief Justice. This appeal is from an order in a habeas corpus proceeding remanding the petitioner to the custody of the Warden of Georgia State Prison.

The appellee has filed a motion to dismiss the appeal on the ground that the issues in the case are moot in that the appellant is no longer in the custody of the appellee or the State

Board of Corrections in that he was released on special reprieve on November 25, 1970. This motion is supported by the affidavit of the Detainer Administrator of the State Board of Corrections. *Held:*

The facts in the motion not being controverted by the appellant the same is sustained and the appeal is

*Dismissed. All the Justices concur.*

SUBMITTED JANUARY 11, 1971—DECIDED FEBRUARY 15, 1971.

Melvin Wayne Shook, *pro se.*